1
2
3
4
5
6
7
8                         **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   YONG BAE HONG,                        ) NO. SACV 09-1216-AG (MAN)
                                           )
12                    Petitioner,          )
                                           )
13        v.                               ) ORDER ADOPTING FINDINGS,
                                           )
14   K. HARRINGTON,                        ) CONCLUSIONS, AND RECOMMENDATIONS
                                           )
15                    Respondent.          ) OF UNITED STATES MAGISTRATE JUDGE
     _____)
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus, all of the records herein, the Report and

20   Recommendation of United States Magistrate Judge, and Petitioner's

21   Objections.  The Court has conducted a *de novo* review of those matters

22   to which objections have been stated in writing.  Having completed its

23   review, the Court accepts and adopts the Magistrate Judge's Report and

24   Recommendation, and the findings of fact, conclusions of law, and

25   recommendations therein.

26

27        IT IS ORDERED that:  (1) Respondent's motion to dismiss is granted;

28   and (2) Judgment shall be entered dismissing this action with prejudice.

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2  the Judgment herein on Petitioner and counsel for Respondent.

3

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  June 30, 2010

7

8                                                    _____

9                                       ANDREW J. GUILFORD
                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28